Albert H. Felman and Hazel Felman Buchbinder, appellants, v. Louis M. Rubens et al., appellees. Gen. No. 8,327.

Opinion filed February 23, 1933.

Ringer, Wilhartz & Hirsch, for appellants; Samuel E. Hirsch and Ben A. Stewart, of counsel. Snapp, Heise & Snapp, for appellees.

Mr. Justice Jett delivered the opinion of the court.